## MONTHLY OPERATING REPORT

Chapter 11

CASE NAME:          SANDERS COMMERCIAL PROPERTIES LLC.

CASE NUMBER:        15-01560 EE

For Period: 04/01/2016 – 4/30/2016

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The Debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|

(mark only one - attached or waived)

| | | |
|---|---|---|
| ( X ) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| ( X ) | ( ) | Profit and Loss Statement (FORM 2-C) |
| ( X ) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| ( X ) | ( ) | Supporting Schedules (FORM 2-E) |
| ( X ) | ( ) | Narrative (FORM 2-F) |
| ( X ) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 5/31/16
              (Date)

Sanders Commercial Properties LLC, Debtor

By: _____
          R. David Sanders, Member

Name of Preparer:_____

Telephone No. of Preparer:_____

FORM 2-A

CASE NAME:    SANDERS COMMERCIAL PROPERTIES LLC

CASE NUMBER:          15-01560 EE

## COMPARATIVE BALANCE SHEET

| | Filing date 5/13/2015 | Month 11/15 | Month 12/15 | Month 1/16 | Month 2/16 | Month 3/16 | month 4/1/6 |
|---|---|---|---|---|---|---|---|
| ASSETS: | | | | | | | |
| CURRENT ASSETS: | | | | | | | |
| Cash | 457.96 | 17,239.37 | 15,421.09 | 12,256.29 | 9,679.18 | 8,584.88 | 25,073.62 |
| Office Equipment | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| Inventory at lower cost of market | | | | | | | |
| Prepaid expenses and deposits | 505.00 | 505.00 | 505.00 | 505.00 | 505.00 | 505.00 | 505.00 |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 3,462.96 | 20,244.37 | 18,426.09 | 15,261.29 | 12,684.18 | 11,589.88 | 28,078.62 |
| PROPERTY, PLANT & EQUIPMENT | 3,014,700.00 | 3,014,700.00 | 3,014,700.00 | 3,014,700.00 | 3,014,700.00 | 3,014,700.00 | 3,014,700.00 |
| Less accumulated depreciation | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | 3,014,700.00 | 3,014,700.00 | 3,014,700.00 | 3,014,700.00 | 3,014,700.00 | 3,014,700.00 | 3,014,700.00 |
| OTHER ASSETS | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL OTHER ASSETS | | | | | | | |
| TOTAL ASSETS | 3,018,162.96 | 3,034,944.37 | 3,033,126.09 | 3,029,961.29 | 3,027,384.18 | 3,026,289.88 | 3,042,778.62 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative).  All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

CASE NAME:   SANDERS COMMERCIAL PROPERTIES LLC

CASE NUMBER:   15-01560 EE

## COMPARATIVE BALANCE SHEET

| | Filing date 5/13/2015 | Month 11/15 | Month 12/15 | Month 1/16 | Month 2/16 | Month 3/16 | Month 4/16 |
|---|---|---|---|---|---|---|---|
| LIABILITIES: | | | | | | | |
| POST-PETITION LIABILITIES: | | | | | | | |
| Taxes Payable (Form 2-E, pg. 1 of 3) | | | | | | | |
| Accounts payable (Form 2-E, pg. 1 of 3) | | | | | | | |
| TOTAL POST-PETITION LIABILITIES: | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable - secured | 1,082,494.64 | 1,082,494.64 | 1,082,494.64 | 1,082,494.64 | 1,082,494.64 | 1,082,494.64 | 1,082,494.64 |
| Unsecured debt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 |
| TOTAL LIABILITIES | | | | | | | |
| EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| RETAINED EARNINGS | | | | | | | |
| Through filing date | | | | | | | |
| Post filing date | | | | | | | |
| TOTAL EQUITY (NET WORTH) | | | | | | | |
| TOTAL LIABILITIES & EQUITY | 1,085,094.64 | 1,085,094.64 | 1,085,094.64 | 1,085,094.64 | 1,085,094.64 | 1,085,094.64 | 1,085,094.64 |

CASE NAME:   SANDERS COMMERCIAL PROPERTIES LLC

CASE NUMBER:   15-01560 EE

## PROFIT AND LOSS STATEMENT

| | Month 05/13-05/31 | Month 11/15 | Month 12/15 | Month 1/16 | Month 2/16 | Month 3/16 | Month 4/16 |
|---|---|---|---|---|---|---|---|
| NET REVENUE | 496.81 | 7,517.62 | 3,459.60 | 5,432.00 | 3,439.22 | 5,271.49 | 22,547.55 |
| COST OF GOODS SOLD: | | | | | | | |
| Material | | | | | | | |
| Labor - Direct | | | | | | | |
| Manufacturing Overhead | | | | | | | |
| TOTAL COST OF GOODS SOLD: | | | | | | | |
| GROSS PROFIT: | 496.81 | 7,517.62 | 3,459.60 | 5,432.00 | 3,439.22 | 5,271.49 | 22,547.55 |
| OPERATING EXPENSES: | 487.96 | 9,005.69 | 5,277.88 | 8,596.80 | 6,016.33 | 6,365.79 | 6,061.21 |
| Selling and Marketing | | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | | | | | | | |
| Other: | | | | | | | |
| TOTAL OPERATING EXPENSES | 487.96 | 9,005.69 | 5,277.88 | 8,596.80 | 6,016.33 | 6,365.79 | 6,061.21 |
| INCOME BEFORE DEPRECIATION OR TAXES: | | | | | | | |
| DEPRECIATION OR AMORTIZATION | | | | | | | |
| INTEREST EXPENSE: | | | | | | | 6,051.81 |
| EXTRAORDINARY EXPENSES* | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | | |
| NET INCOME (LOSS) | 8.85 | (1,488.07) | (1,818.28) | (3,164.80) | (2,577.11) | (1,094.30) | 10,495.74 |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C

CASE NAME:   SANDERS COMMERCIAL PROPERTIES LLC          CASE NUMBER:   15-01560 EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 4/01/2015 - 4/30/2016

### CASH RECONCILIATION

| | | |
|---|---|---|
| 1. | Beginning Cash Balance (Ending Cash Balance from last month's report) | $ 8,584.88 |
| 2. | Cash Receipts (total Cash Receipts from page 3 of all FORM 2-D's) | $ 22,547.55 |
| 3. | Cash Disbursements (total Cash Disbursements from page 4 of all FORM 2-D's | $ 6,051.81 |
| 4. | Net Cash Flow | $ 16,495.74 |

Ending Cash Balance (to FORM 2-B)                                              $ 25,073.62

### CASH SUMMARY - ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. DIP Operating No. 4442 | $ 25,073.62 | Regions Bank |
| 2. TOTAL (must agree with line 5 above) | $ 25,073.62 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid          $ 5,401.81

*NOTE: This amount should be used to
determine UST quarterly fees due and agree
with Form 2-D, page 2 of 4.

FORM 2-D
Page 1 of 4

CASE NAME:   SANDERS COMMERCIAL PROPERTIES LLC      CASE NUMBER:   15-01560 EE

**QUARTERLY FEE SUMMARY**

MONTH ENDED: 4/30/2016

| Payment Date | Cash Disbursements* | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $5,446.80 | | | |
| February | $6,016.33 | | | |
| March | $6,365.79 | | | |
| Total | | | | |
| 1st Quarter | $17,828.92 | $650.00 | | |
| April | $ 5,401.81 | | | |
| May | $ | | | |
| June | $ | | | |
| Total | | | | |
| 2nd Quarter | $ | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total | | | | |
| 3rd Quarter | $ | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total | | | | |
| 4th Quarter | $ | | | |

**Fee Schedule**

| DISBURSEMENT RANGE | QUARTERLY FEE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.00 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during this period.
*Note: should agree with "Adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

FORM 2-D
Page 2 of 4

CASE NAME:    SANDERS COMMERCIAL PROPERTIES LLC        CASE NUMBER: 15-01560 EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period 4/01/2016- 4/30/2016

Account Name:    Regions DIP Operating                     Account Number: 4442

### CASH RECEIPTS JOURNAL
(attach additional sheets if necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 04/04/2016 | Rent: Check into Cash & Hertz | $4,361.68 |
| 04/06/2016 | Rent: Sam Sanders | $200.00 |
| 04/29/2016 | Trustmark | $709.81 |
| 04/06/2016 | saed Gazawaneh (Rent) | $15,000.00 |
| 04/29/2016 | check into cash (Rent) | $2,276.06 |

Total Cash Receipts     $22,547.55

FORM 2-D
Page 3 of 4

CASE NAME:  SANDERS COMMERCIAL PROPERTIES LLC          CASE NUMBER: 15-01560 EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period: 4/01/2015 – 4/30/2016

Account Name:  Regions DIP Operating          Account Number: 4442

## CASH DISBURSEMENTS JOURNAL
(attach additional sheets if necessary)

| Date | Check No. | Payee | Description/Purpose* | Amount |
|---|---|---|---|---|
| 4/04/16 | 1161 | Entergy | Utilities | $146.41 |
| 4/05/16 | 1155 | Litchfield Carlyle | Office Rent | $1300.00 |
| 04/06/16 | 1150 | Otis Hornsby | Richland | 125.00 |
| 04/07/16 | 1153 | Republic Services | Trash pickup | 364.18 |
| 4/11/16 | 1152 | Waste Management | Garbage pickup | 822.43 |
| 4/11/16 | 1154 | Berkley Ins. | Insurance | 1,379.00 |
| 4/11/16 | 1157 | John Ramsay | Gate Repair | 400.00 |
| 4/11/16 | 1159 | AT-T | Office Phone | 79.93 |
| 4/13/16 | 1156 | Ambiance Landscape | Landscape | 224.50 |
| 4/14/16 | 1158 | U.S Trustee | 1st Quarter fee | 650.00 |
| 4/29/16 | 1160 | Check Into Cash | Payment | 560.36 |
| 4/29/16 |  | Regions | Statement fee | 2.00 |
| 4/29/16 |  | Regions | monthly fee | 5.00 |

Total Cash Disbursements          $ 6,058.81

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk. Any payments made as a result of a
court order, should indicate the order date. Any payments for Trustee's fees or
inter-account transfers should be highlighted.

FORM 2-D
Page 4 of 4

CASE NAME: SANDERS COMMERCIAL PROPERTIES LLC          CASE NUMBER:15-01560 EE

**SUPPORTING SCHEDULES**

For Period: 4/1/2016 — 4/30/2016

POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0 - 30 | 31 - 60 | 61 - 90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | | | | | | |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| OTHER TAX | | | | | | |
| SUB-TOTAL | | | | | | |
| | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | | | | 0.00 |

FORM 2-E
Page 1 of 3

CASE NAME:   SANDERS COMMERCIAL PROPERTIES LLC          CASE NUMBER: 15-01560 EE

**SUPPORTING SCHEDULES**

For Period: 4/01/2016 – 4/30/2016

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0 - 30 | 31 - 60 | 61 - 90 | OVER 90 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | | | 0.00 |

FORM 2-E
Page 2 of 3

CASE NAME:   SANDERS COMMERCIAL PROPERTIES LLC          CASE NUMBER: 15-01560 EE

## SUPPORTING SCHEDULES

For Period: 4/01/2016 – 4/30/2016

INSURANCE SCHEDULE

| Premium Type | Carrier/Agent | Coverage ($) | Date of Expiration Paid |
|---|---|---|---|
| Property (Fire, Theft) Yes | Union Insurance Company | | 10/13/16 |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

FORM 2-E
Page 3 of 3

CASE NAME: SANDERS COMMERCIAL PROPERTIES LLC          CASE NUMBER: 15-01560 EE

## NARRATIVE STATEMENT

For Period 4 /01/2016 – 4/30/2016

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.



**Regions Bank**
Lakeland Dr
1675 Lakeland Drive
Jackson, MS 39216



00115907 01 AV 0.373 001
SANDERS COMMERCIAL PROPERTIES LLC
CASE N 15-01560
PO BOX 76
JACKSON MS 39205-0076

ACCOUNT #                      4442

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN BUSINESS SIMPLE CHECKING
April 1, 2016 through April 29, 2016

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $8,584.88 | | Minimum Balance | $10,860 |
| Deposits & Credits | $22,547.55 | + | Average Balance | $22,117 |
| Withdrawals | $0.00 | − | | |
| Fees | $7.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $6,051.81 | − | | |
| **Ending Balance** | **$25,073.62** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/01 | Deposit - Thank You | 2,276.06 |
| 04/04 | Deposit - Thank You | 2,085.62 |
| 04/05 | Deposit - Thank You | 15,000.00 |
| 04/06 | Deposit - Thank You | 200.00 |
| 04/25 | Deposit - Thank You | 709.81 |
| 04/29 | Deposit - Thank You | 2,276.06 |
| | Total Deposits & Credits | $22,547.55 |

### FEES

| | | |
|---|---|---|
| 04/29 | Paper Statement Fee | 2.00 |
| 04/29 | Monthly Fee | 5.00 |
| | Total Fees | $7.00 |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 04/06 | 1150 | 125.00 | 04/13 | 1156 | 224.50 |
| 04/04 | 1151 | 146.41 | 04/11 | 1157 | 400.00 |
| 04/11 | 1152 | 822.43 | 04/14 | 1158 | 650.00 |
| 04/07 | 1153 | 364.18 | 04/11 | 1159 | 79.93 |
| 04/11 | 1154 | 1,379.00 | 04/29 | 1160 | 560.36 |
| 04/05 | 1155 | 1,300.00 | | | |
| | | | | Total Checks | $6,051.81 |

* Break In Check Number Sequence.

 **REGIONS**

**Regions Bank**
Lakeland Dr
1675 Lakeland Drive
Jackson, MS 39216

SANDERS COMMERCIAL PROPERTIES LLC
CASE N 15-01560
PO BOX 76
JACKSON MS 39205-0076



| | | |
|---|---|---|
| ACCOUNT # | | 4442 |
| | Cycle | 001<br>26 |
| | Enclosures | 0 |
| | Page | 2 of 2 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/01 | 10,860.94 | 04/07 | 26,210.97 | 04/25 | 23,364.92 |
| 04/04 | 12,800.15 | 04/11 | 23,529.61 | 04/29 | 25,073.62 |
| 04/05 | 26,500.15 | 04/13 | 23,305.11 | | |
| 04/06 | 26,575.15 | 04/14 | 22,655.11 | | |

PRICING FOR TREASURY MANAGEMENT SERVICES
AND ANALYZED DEPOSITORY PRODUCTS MAY
CHANGE EFFECTIVE JUNE 1, 2016 DEPENDING
ON YOUR PRODUCTS AND SERVICES. ANY
CHANGES WILL BE REFLECTED BEGINNING WITH
THE JUNE ANALYSIS STATEMENT YOU WILL
RECEIVE IN JULY. TO VIEW ALL CHANGES,
VISIT REGIONS.COM/SPECIALMESSAGE. PLEASE
CONTACT YOUR TREASURY MGMT. OFFICER WITH
QUESTIONS SPECIFIC TO YOUR ACCOUNT.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

**Thank You For Banking With Regions!**